| |  | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | FIRM and AFFILIATE OFFICES | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC W. RUDEN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 471 1893 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 202 5077 | LAS VEGAS |
| LOS ANGELES | E-MAIL: ERuden@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | A GCC REPRESENTATIVE OFFICE |
| HANOI | | OF DUANE MORRIS |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

November 25, 2019

> The parties' Letter-Motion to adjourn the initial conference (ECF No. 32) is granted. The initial conference is rescheduled to **Tuesday, January 7, 2020 at 12:00 pm**. The Clerk of Court is respectfully directed to close ECF No. 32.
>
> SO ORDERED  11/26/19
>
> _____
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 702
New York, NY 10007

Re: **Francis v. Qassis Corp. et al, Case No. 19-6967-JMF**

Dear Judge Cave:

We represent Defendant BB One LLC ("BB One") in the above-referenced matter. We write on behalf of all parties to request an adjournment of the initial pretrial conference currently scheduled for December 5, 2019 to a date in January 2020 that is convenient for the Court.

The reason for this request is that the parties are currently engaging in an informal discovery process and have scheduled a mediation for December 19, 2019. An adjournment of the initial conference before Your Honor would allow the parties to devote their efforts to resolving this case in mediation without incurring additional litigation costs.

This is the parties' first request for an adjournment since this matter was reassigned to Your Honor.

Respectfully,

*s/ Eric W. Ruden*

Eric W. Ruden

EWR
cc: Robert Hanski, Esq. (via ECF)
    Christopher Hitchcock, Esq. (via ECF)

DUANE MORRIS LLP

1540 BROADWAY    NEW YORK, NY 10036-4086         PHONE: +1 212 692 1000    FAX: +1 212 692 1020