

| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | *FIRM and AFFILIATE OFFICES* | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC W. RUDEN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 471 1893 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 202 5077 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ERuden@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

January 17, 2020

> The parties' joint Letter-Motion for an extension of time to file the stipulation of remediation (ECF No. 39) is GRANTED. The parties are directed to file the stipulation of remediation by **Tuesday, January 28, 2020**. The Clerk of Court is respectfully directed to close ECF No. 39.
>
> SO-ORDERED 1/21/2020
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 702
New York, NY 10007

Re: **Francis v. Qassis Corp. et al, Case No. 19-6967-JMF**

Dear Judge Cave:

We represent Defendant BB One LLC ("BB One") in the above-referenced matter. We write on behalf of all parties to request a one-week extension from January 21, 2020 to January 28, 2020 to file the stipulation of remediation. This request is necessary because the parties are engaged in active settlement discussions and need additional time to determine whether a settlement can be reached. This is the parties' first request for an extension.

Respectfully,

*s/ Eric W. Ruden*

Eric W. Ruden

EWR
cc: Adam Hanski, Esq. (via ECF)
Christopher Hitchcock, Esq. (via ECF)

DUANE MORRIS LLP

1540 BROADWAY    NEW YORK, NY 10036-4086                PHONE: +1 212 692 1000    FAX: +1 212 692 1020