NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

# DuaneMorris®



*FIRM and AFFILIATE OFFICES*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE*
*OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

ERIC W. RUDEN
DIRECT DIAL: +1 212 471 1893
PERSONAL FAX: +1 212 202 5077
*E-MAIL:* ERuden@duanemorris.com

*www.duanemorris.com*

January 28, 2020

> The parties' joint Letter-Motion to stay the case in light of their tentative settlement (ECF No. 41) is GRANTED.  By **Friday, February 29, 2020**, the parties are directed to file a proposed stipulation of dismissal and order or, if the settlement is not finalized, a joint letter regarding the status of their settlement negotiations.
>
> The Settlement Conference scheduled before the Honorable Kevin N. Fox on Wednesday, February 19, 2020, is adjourned <u>sine</u> <u>die</u>.
>
> The Clerk of Court is respectfully directed to close ECF No. 41.
>
> SO-ORDERED 1/29/2020

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 702
New York, NY 10007

SARAH L. CAVE
United States Magistrate Judge

> **Re:** **Francis v. Qassis Corp. et al, Case No. 19-6967-JMF**

Dear Judge Cave:

   We represent Defendant BB One LLC ("BB One") in the above-referenced matter.  We write on behalf of all parties to inform the Court that the parties have tentatively reached a settlement in this matter.  The parties jointly request that this case be held in abeyance to allow the parties time to formalize a settlement agreement and then file a stipulation of dismissal.

                                        Respectfully,

                                        *s/ Eric W. Ruden*

                                        Eric W. Ruden

EWR
cc:    Adam Hanski, Esq. (via ECF)
       Christopher Hitchcock, Esq. (via ECF)