| |  | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | EVAN MICHAILIDIS | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 471 1864 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 214 0650 | LAS VEGAS |
| LOS ANGELES | E-MAIL: EMichailidis@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | ERIC W. RUDEN | MYANMAR |
| HOUSTON | DIRECT DIAL: +1 212 471 1893 | OMAN |
| AUSTIN | PERSONAL FAX: +1 212 202 5077 | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | E-MAIL: ERuden@duanemorris.com | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | www.duanemorris.com | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

February 27, 2020

VIA ECF

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 702
New York, NY 10007

      Re:    <u>**Francis v. Qassis Corp. et al, Case No. 19-6967-JMF**</u>

Dear Judge Cave:

      We represent Defendant BB One LLC ("<u>BB One</u>") in the above-referenced matter. We are pleased to report that the parties have nearly finalized the terms of the settlement agreement. The parties should be in a position to execute the agreement in the coming days.

      The agreement contemplates both full remediation and installment payments over a six-month period. Consequently, the parties believe that it would be in the interests of judicial economy and efficiency to hold the matter in abeyance until August 31, 2020. By that time, the parties hope to have fully complied with the terms of the agreement and file a stipulation of dismissal with prejudice.

      We thank the Court for its consideration and the patience it has exhibited throughout this process.

      Respectfully submitted,

      */s/Evan Michailidis*

      Evan Michailidis



The Honorable Sarah L. Cave
February 27, 2020
Page 2

cc:    Adam Hanski, Esq. (via ECF)

       Christopher Hitchcock, Esq. (via ECF)

> The parties' joint Letter-Motion to hold the case in abeyance (ECF No. 43) is DENIED. The parties are ORDERED to finalize the terms of their agreement and file a joint status report by **Monday, March 30, 2020**. The Clerk of Court is respectfully directed to close ECF No. 43.
>
> SO-ORDERED 2/28/2020

_____
SARAH L. CAVE
United States Magistrate Judge